UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the July 15, 2006
VARGAS/MOSLEY Program,

JUDGMENT
06-CV- 5666 (JG)

Plaintiff,

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 29 2008 ★

-against-

PEDRO LUNA, Individually, and as officer,
Director, shareholder and/or principal of
GOLDEN DINNER INC. d/b/a LA NORTENA #3,
and GOLDEN DINNER INC. d/b/a LA NORTENA #3,

Defendants.
----------------------------------------------------------------X

An Order of Honorable John Gleeson, United States District Judge, having been filed on April 25, 2008, directing the Clerk of Court to enter a default judgment against both defendants, jointly and severally, in the total amount of $12,255.25, consisting of $11,000.00 in statutory damages and $1,255.25 in fees and costs; it is

ORDERED and ADJUDGED that a default judgment is hereby entered in favor of plaintiff, J&J Sports Productions, Inc., as Broadcast Licensee of the July 15, 2006 Vargas/Mosley Program, and against defendants, Pedro Luna, Individually, and as officer, director, shareholder and/or principal of Golden Dinner Inc. d/b/a La Nortena #3, and Golden Dinner Inc. d/b/a La Nortena #3, jointly and severally, in the total amount of $12,255.25, consisting of $11,000.00 in statutory damages and $1,255.25 in fees and costs.

Dated: Brooklyn, New York
April 28, 2008

s/Robert C. Heinemann

ROBERT C. HEINEMANN
Clerk of Court